UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                    )
Pierre Junon Paul, et al,           )
            Plaintiff,              )     Civil Action No.
                                    )     1:14-cv-13029-NMG
                                    )
v.                                  )
                                    )
Carlos Wanzeler,                    )
                                    )
            Defendant.              )
_____)
```

ORDER OF DISMISSAL

    Gorton   D.J.

In accordance with the Defendant's motion to dismiss (dkt. no. 16), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

    4/29/2016                                   By the Court,
      Date

                                          /s/Stephanie Caruso
                                             Deputy Clerk